

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-14-00248-CV

| | | |
|---|---|---|
| Michael Campbell | § | From the 96th District Court |
| | § | of Tarrant County (096-257238-11) |
| v. | § | March 5, 2015 |
| Cesar Perez | § | Opinion by Justice Bleil |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that Appellant Michael Campbell shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Charles Bleil
      Justice Charles Bleil